UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISIOIN
CASE NO. 07-21109-CIV-COOKE/WHITE

DEANA HONEYCUTT,

    *Movant*,

v.

UNITED STATES OF AMERICA,

    *Respondent*.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

    This matter was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Deana Honeycutt's Motion to Vacate Sentence. [D.E. 2]. On August 20, 2007, Judge White issued a Report and Recommendation, which recommended that the Motion to Vacate Sentence be denied. [D.E. 7]. Ms. Honeycutt filed a Motion for Reconsideration in which she writes that she is appealing Judge White's decision to deny her Motion to Vacate Sentence. [D.E. 8]. I am, therefore, treating her Motion for Reconsideration as an objection to Judge White's Report.

    After conducting a *de novo* review of the record and Ms. Honeycutt's objection, I affirm and adopt Judge White's Report and Recommendation. Ms. Honeycutt's Motion to Vacate Sentence [D.E. 1] is **DENIED**. All Pending Motions are **DENIED AS MOOT**. This case shall be **CLOSED**.

    **DONE AND ORDERED** in Chambers in Miami, Florida, this 29th day of October 2007.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
All counsel of record

Deana Honeycutt, *pro se*
Reg. No. 23750-056
Federal Correctional Institution
Route 37
Danbury, CT 06811